FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 NOV -1 PM 12: 13

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. **1:23CR108** |
| Plaintiff, | JUDGE **J. McFARLAND** |
| v. | **I N D I C T M E N T** |
| **NATHANIEL WILLIAMS,** | 21 U.S.C. § 841(a)(1) |
| Defendant. | 21 U.S.C. § 841(b)(1)(A) |
| | 18 U.S.C. § 1956(a)(1)(B)(i) |
| | **FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES**:

### COUNT 1
### (Possession with Intent to Distribute 400 Grams or More of Fentanyl)

On or about October 18, 2023, in the Southern District of Ohio, the defendant, **NATHANIEL WILLIAMS,** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).**

### COUNT 2
### (Money Laundering)

On or about August 12, 2023, in the Southern District of Ohio, the defendant, NATHANIEL WILLIAMS, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of a specified unlawful activity, did conduct a financial transaction affecting interstate and foreign commerce, involving the proceeds of a specified unlawful activity, that is drug trafficking, knowing that the property involved in the transaction represented proceeds of some form of

unlawful activity; to wit, NATHANIEL WILLIAMS provided cash from his drug trafficking activity to an individual who then transferred $15,120 of the funds into WILLIAMS' JP Morgan Chase bank account x2162 via a wire transfer initiated on or about August 8 2023, of which WILLIAMS then withdrew $10,000 on or about August 12, 2023.

**In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.**

## FORFEITURE ALLEGATION 1

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **NATHANIEL WILLIAMS**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation; and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation including, but not limited to, approximately $44,005.00 in United States currency recovered during a search of the defendant's residence.

## FORFEITURE ALLEGATION 2

Upon conviction of the offense set forth in Count 2 of this Indictment, the defendant, **NATHANIEL WILLIAMS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property, including but not limited to:

a. Contents of JP Morgan Chase bank account ending in x2162; and

b. A sum of money equal to at least $15,120.00, which is the amount deposited into JP Morgan Chase bank account x2162, which is in the name of WILLIAMS, via a wire transfer initiated on August 8, 2023.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 18 U.S.C. § 982(b)(1), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

/S/
_____
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_____
**TIMOTHY S. MANGAN**
**ASSISTANT UNITED STATES ATTORNEY**